# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GORDY INGRAM,

                Plaintiff,

                v.

OFFICER JASON ERIKSON,
BENTON COUNTY JAIL and
BENTON COUNTY PROSECUTORS,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-5171-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  Plaintiff's Complaint, ECF No. 6, is hereby DISMISSED WITH PREJUDICE.

April 22, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia